Charles Benton Musslewhite, Sr., Esq., Houston, TX, for Plaintiffs–Appellants.

David R. Montpas, Jeffrey S. Hawkins, David McDonald Prichard, Prichard Hawkins & Young, San Antonio, TX, for Defendant–Appellee.

Before DENNIS, ELROD, and GRAVES, Circuit Judges.

PER CURIAM: *

This is an appeal of the district court's grant of summary judgment to American Honda Motor Company, Inc. in a products liability and wrongful death action involving an alleged airbag design defect. After consideration of the briefs, record, applicable law and oral arguments in this matter, the order of the district court is **AFFIRMED**.

**UNITED STATES of America, Plaintiff–Appellee**

v.

**Rafael ZAMORA–TORRES, Defendant–Appellant**

**No. 15–40509**

**Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Date Filed: 06/09/2016

Traci Lynne Kenner, Assistant U.S. Attorney, Tyler, TX, Ernest Gonzalez, Assistant U.S. Attorney, Plano, TX, U.S. Attorney's Office, for Plaintiff–Appellee.

Rafael Zamora–Torres, Pro Se.

Before HIGGINBOTHAM, ELROD, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Rafael Zamora–Torres has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Zamora has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Zamora's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED; counsel is excused from further responsibilities herein; and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. Zamora's untimely motion to appoint new counsel is DENIED. *Cf. United States v. Wagner*, 158 F.3d 901, 902–03 (5th Cir. 1998).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.